# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JORGENSON, CINDY K. | United States District Court - Arizona | 10/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

405 W Congress, Suite 5180
Tucson, AZ 85701-5033

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Arizona Elected Officials Retirement Plan | $30,323.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Arizona Public Safety Retirement System (retired) |
| 2. | 2015 | Arizona State Retirement System |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 10/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Managed IRA - SPDR Trust Series 1 (fka) | A | Dividend | | | Sold | 01/06/15 | L | E | |
| 2. Morgan Stanley Managed IRA - Doral Bank CD San Juan PR CD | A | Interest | | | Redeemed | 03/04/15 | K | A | |
| 3. Morgan Stanley Managed IRA - GOLDCORP INC | A | Dividend | | | Sold | 03/04/15 | K | C | |
| 4. Morgan Stanley Managed IRA - SPDR S&P Midcap 400 ETF Trust (fka) | A | Dividend | | | Sold | 03/04/15 | L | E | |
| 5. Morgan Stanley Managed IRA - Newmont Mining Corp (New) | | None | | | Sold | 03/04/15 | J | | |
| 6. Morgan Stanley Managed IRA - IShares US Technology ETF (fka) | | None | | | Sold | 03/04/15 | K | E | |
| 7. Morgan Stanley Managed IRA - IShares US Consumer SER ETF (fka) | A | Dividend | | | Sold | 03/04/15 | J | C | |
| 8. Morgan Stanley Managed IRA - IShares US Financials ETF (fka) | | None | | | Sold | 03/04/15 | K | D | |
| 9. Morgan Stanley Managed IRA - IShares Global Healthcare ETF (fka) | | None | | | Sold | 03/04/15 | K | E | |
| 10. Morgan Stanley Managed IRA - Vanguard Dividend Appreciation FD (fka) | | None | | | Sold | 03/04/15 | L | E | |
| 11. Morgan Stanley Managed IRA - IShares SP SmallCap 600 Index (fka) | | None | | | Sold | 03/04/15 | K | E | |
| 12. Morgan Stanley Managed IRA - Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 03/04/15 | K | | |
| 13. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 14. | | None | | | Sold | 06/16/15 | J | | |
| 15. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 16. | | None | | | Sold (part) | 08/31/15 | K | | |
| 17. | | None | | | Sold (part) | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 19. Morgan Stanley Managed IRA - Cons Staples Sel Sect SPDR FD | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 20. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 21. | | None | | | Sold (part) | 08/26/15 | J | | |
| 22. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 23. Morgan Stanley Managed IRA - Cons Discret Select SPDR Fund | A | Dividend | | | Buy | 03/04/15 | J | | |
| 24. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 25. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 26. | | None | | | Sold (part) | 06/19/15 | J | | |
| 27. | | None | | | Sold (part) | 06/19/15 | J | | |
| 28. | | None | | | Sold (part) | 08/26/15 | J | | |
| 29. | | None | | | Sold | 10/29/15 | J | | |
| 30. Morgan Stanley Managed IRA - The Financial Sel Sect SPDR FD | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 31. | | None | | | Sold | 08/26/15 | J | | |
| 32. | | None | | | Buy | 08/31/15 | J | | |
| 33. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 34. Morgan Stanley Managed IRA - IShares MSCI Australia ETF | A | Dividend | | | Buy | 03/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | None | | | Sold | 08/26/15 | J | | |
| 36. Morgan Stanley Managed IRA - IShares MSCI Japan ETF | A | Dividend | L | T | Buy | 03/04/15 | J | | |
| 37. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 38. | | None | | | Sold (part) | 06/19/15 | J | | |
| 39. | | None | | | Buy | 07/08/15 | J | | |
| 40. | | None | | | Sold (part) | 7/08/15 | J | | |
| 41. | | None | | | Buy | 08/26/15 | J | | |
| 42. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 43. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 44. Morgan Stanley Managed IRA - IShares MSCI Switzerland CAPD ETF | A | Dividend | | | Buy | 03/04/15 | J | | |
| 45. | | None | | | Sold | 08/26/15 | J | | |
| 46. Morgan Stanley Managed IRA - IShares US Consumer Goods ETF (fka) | A | Dividend | K | T | Sold (part) | 03/04/15 | J | | |
| 47. | | None | | | Buy (add'l) | 08/17/15 | J | | |
| 48. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 49. | | None | | | Sold (part) | 08/31/15 | J | | |
| 50. | | None | | | Buy | 10/29/15 | J | | |
| 51. | | None | | | Sold (part) | 12/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley Managed IRA - IShares US Energy ETF (fka) | A | Dividend | | | Sold | 03/04/15 | L | E | |
| 53. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 54. | | None | | | Sold (part) | 06/19/15 | J | | |
| 55. | | None | | | Sold | 09/28/15 | J | | |
| 56. Morgan Stanley Managed IRA - IShares MSCI PAC EX-JPN ETF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 57. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 58. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 59. | | None | | | Sold (part) | 08/31/15 | J | | |
| 60. | | None | | | Buy (add'l) | 09/28/15 | J | | |
| 61. | | None | | | Sold (part) | 10/23/15 | J | | |
| 62. Morgan Stanley Managed IRA - IShares Select Dividend ETF | A | Dividend | | | Buy | 03/04/15 | K | | |
| 63. | | None | | | Sold (part) | 03/26/15 | J | | |
| 64. | | None | | | Sold | 06/19/15 | J | A | |
| 65. Morgan Stanley Managed IRA - Vanguard FTSE Developed Mkts | A | Dividend | K | T | Buy | 03/04/15 | J | | |
| 66. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 67. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 68. | | None | | | Buy | 03/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 70. | | None | | | Sold (part) | 08/17/15 | J | | |
| 71. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 72. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 73. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 74. Morgan Stanley Managed IRA - Powershares Aero & Def PTF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 75. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 76. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 77. | | None | | | Sold (part) | 09/28/15 | J | | |
| 78. | | None | | | Buy | 12/03/15 | J | | |
| 79. Morgan Stanley Managed IRA - Global X MLP & Energy INFR ETF | | None | | | Buy | 03/04/15 | K | | |
| 80. | | None | | | Sold (part) | 06/19/15 | J | | |
| 81. | | None | | | Sold | 08/17/15 | K | | |
| 82. Morgan Stanley Managed IRA - Global X FTSE Nordic REgion ETF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 83. | | None | | | Sold (part) | 06/19/15 | J | | |
| 84. | | None | | | Buy (add'l) | 09/28/15 | J | | |
| 85. | | None | | | Sold (part) | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Managed IRA - IShares MSCI United Kingdom | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 87. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 88. | | None | | | Sold (part) | 06/19/15 | J | | |
| 89. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 90. | | None | | | Buy | 12/03/15 | J | | |
| 91. Morgan Stanley Managed IRA - Barclays ETN & Select MLP ETN | | None | | | Buy | 03/05/15 | K | | |
| 92. | | None | | | Sold | 03/26/15 | K | | |
| 93. Morgan Stanley Managed IRA - Deutshe X-Trackers MSCI EAF | A | Dividend | K | T | Buy | 03/04/15 | K | | |
| 94. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 95. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 96. Morgan Stanley Managed IRA - IShares US Home Construct ETF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 97. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 98. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 99. Morgan Stanley Managed IRA - Wisdomtree Japan SM Cap Div | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 100. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 101. | | None | | | Sold (part) | 06/19/15 | J | | |
| 102. | | None | | | Buy (add'l) | 09/01/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley Managed IRA - Wisdomtree Japan Hedge EQ | A | Dividend | J | T | Buy | 03/04/15 | K | | |
| 104. | | None | | | Sold (part) | 07/08/15 | J | | |
| 105. | | None | | | Sold (part) | 08/17/15 | J | | |
| 106. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 107. | | None | | | Sold (part) | 08/31/15 | J | | |
| 108. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 109. | | None | | | Buy (add'l) | 10/23/15 | J | | |
| 110. | | None | | | Buy (add'l) | 10/29/15 | J | | |
| 111. | | None | | | Sold (part) | 11/20/15 | J | | |
| 112. | | None | | | Sold (part) | 12/03/15 | K | | |
| 113. Morgan Stanley Managed IRA - Wisdomtree LG Cap Div ETF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 114. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 115. | | None | | | Sold (part) | 06/19/15 | J | | |
| 116. | | None | | | Sold (part) | 07/08/15 | J | | |
| 117. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 118. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 119. | | None | | | Sold (part) | 08/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | None | | | Buy | 12/03/15 | J | | |
| 121. Morgan Stanley Managed IRA - First Trust AMEX Biotech | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 122. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 123. | | None | | | Sold (part) | 06/30/15 | J | | |
| 124. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 125. | | None | | | Sold (part) | 08/31/15 | J | | |
| 126. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 127. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 128. Morgan Stanley Managed IRA - ISHA Hedged MSCI Germany | A | Distribution | J | T | Buy | 03/04/15 | J | | |
| 129. | | None | | | Buy | 06/19/15 | J | | |
| 130. | | None | | | Buy (add'l) | 07/08/15 | J | | |
| 131. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 132. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 133. | | None | | | Sold (part) | 09/28/15 | J | | |
| 134. | | None | | | Sold (part) | 10/23/15 | J | | |
| 135. | | None | | | Sold (part) | 12/03/15 | K | | |
| 136. Morgan Stanley Managed IRA - ISHares ASIA 50 ETF | A | Dividend | | | Buy | 03/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 138. | | None | | | Sold | 09/28/15 | J | | |
| 139. Morgan Stanley Managed IRA - IShares MSCI ASIA Ex-Japan ETF | A | Dividend | L | T | Buy | 03/04/15 | K | | |
| 140. | | None | | | Sold (part) | 06/19/15 | J | | |
| 141. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 142. | | None | | | Buy (add'l) | 07/08/15 | J | | |
| 143. | | None | | | Sold (part) | 08/17/15 | J | | |
| 144. | | None | | | Sold (part) | 08/31/15 | K | | |
| 145. Morgan Stanley Managed IRA - Wisdomtree Europe Hedged Equity | D | Distribution | M | T | Buy | 03/04/15 | L | | |
| 146. | | None | | | Buy (add'l) | 03/26/15 | J | | |
| 147. | | None | | | Buy (add'l) | 07/08/15 | J | | |
| 148. | | None | | | Sold (part) | 08/17/15 | J | | |
| 149. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 150. | | None | | | Sold (part) | 08/31/15 | J | | |
| 151. | | None | | | Buy (add'l) | 09/01/15 | K | | |
| 152. | | None | | | Buy (add'l) | 10/23/15 | J | | |
| 153. | | None | | | Sold (part) | 11/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | None | | | Buy (add'l) | 10/29/15 | J | | |
| 155. | | None | | | Sold (part) | 12/03/15 | J | | |
| 156. Morgan Stanley Managed IRA - Powershares S&P 500 High Div | A | Dividend | | | Buy | 03/04/15 | J | | |
| 157. | | | | | Sold | 07/08/15 | J | A | |
| 158. Morgan Stanley Managed IRA - Powershares S&P 500 X-Rate | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 159. | | None | | | Sold (part) | 08/31/15 | J | | |
| 160. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 161. Morgan Stanley Managed IRA - Powershares KBW Bank Portfolio | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 162. | | None | | | Sold (part) | 07/08/15 | J | | |
| 163. | | None | | | Buy (add'l) | 08/31/15 | J | | |
| 164. | | None | | | Buy (add'l) | 09/01/15 | J | | |
| 165. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 166. Morgan Stanley Managed IRA - IShares Dow Jones Us ETF | | None | | | Buy | 08/17/15 | J | | |
| 167. | | None | | | Buy (add'l) | 08/26/15 | J | | |
| 168. | | None | | | Sold | 08/31/15 | J | A | |
| 169. Morgan Stanley Managed IRA - Vanguard European MSCI ETF | A | Dividend | K | T | Buy (add'l) | 08/26/15 | J | | |
| 170. | | None | | | Buy (add'l) | 09/01/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley Managed IRA - S&P 500 Index Fund | A | Dividend | K | T | Buy | 08/31/15 | J | | |
| 172. | | None | | | Buy (add'l) | 09/28/15 | J | | |
| 173. | | None | | | Sold (part) | 10/23/15 | J | | |
| 174. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 175. Morgan Stanley Managed IRA - IShares MSCI Italy Capped ETF | | None | | | Buy | 08/31/15 | J | | |
| 176. | | None | | | Sold | 09/28/15 | J | | |
| 177. Morgan Stanley Managed IRA - Powershares Europe Curr HED Lv | A | Dividend | K | T | Buy | 09/28/15 | J | | |
| 178. | | None | | | Buy (add'l) | 12/03/15 | J | | |
| 179. Morgan Stanley Managed IRA - Market Vectors Oil Service | A | Dividend | K | T | Buy | 09/28/15 | J | | |
| 180. | | None | | | Buy | 12/03/15 | J | | |
| 181. Morgan Stanley Managed IRA - Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 12/03/15 | J | | |
| 182. Morgan Stanley Managed IRA - IShares MSCI EAFE Growth ETF | A | Dividend | K | T | Buy | 12/03/15 | K | | |
| 183. Morgan Stanley Bank Deposit (fka) | A | Interest | L | T | | | | | |
| 184. Arena Pharmaceuticals | | None | | | Sold | 3/04/15 | J | A | |
| 185. Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 186. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 10/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding part VII, lines 1,4,6-11,46, and 52 marked with (fka) - these investments were previously disclosed on the 2014 report however either had a name change or were listed as a consolidated asset.

Line 10 was formerly known as Vanguard Specialized Div however the correct name is Vanguard Dividend Appreciation.

Line 183 was formerly known as Citibank Bank Deposit Program and is now called Morgan Stanley Bank Deposit.

The 2014 report listed assets known as Smith Barney or Citibank or Citigroup. These assets were transitioned to the Morgan Stanley investment platform when Morgan Stanley acquired Smith Barney in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **CINDY K. JORGENSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544